Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Eugene Rome, Esq. (SBN 232780)
*(pro hac vice admitted)*
Email: erome@romeandassociates.com
Bradley O. Cebeci, Esq. (SBN 198163)
*(pro hac vice admitted)*
Email: bcebeci@romeandassociates.com
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

*Attorneys for Defendants/Counterclaimants
Sarah Grauert and Hannavas Enterprises LLC*

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF NEVADA**

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>SARAH GRAUERT, an individual; and HANNAVAS ENTERPRISES, LLC, a Delaware limited liability company,<br><br>    Defendants.<br>_____<br>SARAH GRAUERT, an individual; and HANNAVAS ENTERPRISES, LLC, a Delaware limited liability company<br><br>    Counterclaimants,<br><br>    vs. | CASE NO. 2:20-CV-00411-KJD-VCF<br>(Assigned to the Hon. Kent J. Dawson; Magistrate Judge Cam Ferenbach)<br><br>**ORDER FOR DISMISSAL** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; and DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>        Counterclaim-Defendants. |

Based upon the Stipulation of Dismissal (ECF No. 40) filed by Plaintiff/Counterclaim-Defendants T1 Payments, LLC, T1 Payments Limited, Donald Kasdon, Debra Karen King a/k/a Debra Karen Kasdon and Amber Fairchild (herein together "T1" and Defendants/Counterclaimants Sarah Grauert and Hannavas Enterprises LLC (herein together "Hannavas"), with good cause appearing:

**IT IS HEREBY ORDERED THAT** this action shall be dismissed with prejudice as to all claims between T1 and Hannavas, each party to bear their own attorney's fees and costs;

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 5/18/2020